UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tamara Cruz, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12584-DRH |
| *Marianna Davis v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12916-DRH |
| *Joyce Florence Jacobson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13021-DRH |
| *Tammy Lynette Cochran v. Bayer Corporation, et al.* | No. 3:12-cv-11215-DRH |
| *Pauline Dixon Stokley, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12288-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 12, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

Digitally signed by David R. Herndon
Date: 2013.06.13 14:45:24 -05'00'

BY:   /s/*Sara Jennings*
         **Deputy Clerk**

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT